UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NADRECA REID,

                        Plaintiff,            23-CV-00711 (PGG)(SN)

      -against-                             **ORDER**

BRANDEFY, INC.,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On January 27, 2023, plaintiff Nadreca Reid filed a complaint against defendant Brandefy, Inc. Under Federal Rule of Civil Procedure 4(m), service was required within 90 days of the issuance of summons, or by April 30, 2023. Nothing on the docket reflects that service was made within this time.

The plaintiff shall submit a letter explaining whether she has served the defendant and, if not, the basis for failing to do so. If the plaintiff has failed to serve the defendant within the time required and cannot establish good cause for such failure, the Court may dismiss the case without prejudice. See Meilleur v. Strong, 682 F.3d 56. 62 (2d Cir. 2012); Fed. R. Civ. P. 4(m).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
              May 4, 2023